**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00951-CV**

---

**IN RE HIMANSHI RAIZADA, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-278410**

---

## MEMORANDUM OPINION

On December 20, 2023, relator Himanshi Raizada filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Janet Heppard, presiding judge of the 387th District Court of Fort Bend County, to "vacate her order confirming the arbitration award, and permit [relator] to have her challenges to the partition agreement tried in district court. . . ."

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.